PROB 12A
(5/00)

United States District Court
Southern District of Texas
ENTERED

JAN - 3 2006

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

Name of Offender:   Susana Zarate-Neira                          Case Number: 5:05CR00924-001

Name of Sentencing Judge:        Honorable George P. Kazen

Date of Original Sentence:    11/10/2005

Original Offense: Transportation of an undocumented alien within the United States for private financial gain, by means of a motor vehicle, in violation of 8 USC 1324(a)(1)(B)(i) and 18 U.S.C. 2.

Original Sentence: 3 years probation, $100 cost assessment fee, participation in a Home Confinement Program for 6 months, and perform 80 hours of community service within the first year of supervision.

Type of Supervision:    Probation                              Supervision Started: 11/10/2005

## EARLIER COURT ACTION

None

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Drug possession, usage, distribution, or administration. |

Details:   On 11/10/2005, a random urine specimen (Donor ID # 221373) was collected from probationer, and submitted to the Regional Lab for analysis.

On 11/18/2005, Sr. USPO Brewster was advised that the client's urine specimen dated 11/10/2005, had tested positive for Cocaine.

On 8/18/2005, Sr. USPO Brewster made contact with probationer who admitted abusing the illicit substance the day before sentencing. Probationer was verbally reprimanded, and advised that if he were to test positive again other sanctions would be considered.

Name         Susana Zarate-Neira
Dkt. No.     5:05CR00924-001

U.S. Probation Officer Recommended Action: No action is requested at this time as she will be providing 2 more random urine screens within the next 60 days.

**I declare, under penalty of perjury, that the forgoing is true and correct to the best of my knowledge.

Approved:

*[signature]*

Peter Medellin, Supervising
U.S. Probation Officer

by

Respectfully submitted:

*[signature]*

Sam Brewster, Jr., Senior
U.S. Probation Officer
December 29, 2005

---

The Court orders:

[✓]   Court Concurs with Recommended Action

[ ]   Submit a request for summons or warrant

[ ]   Other _____.

*[signature]*
Honorable George P. Kazen
U.S. District Judge

1/2/06
Date